Filed 5/3/16  In re J.K. CA3

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| In re J.K., a Person Coming Under the Juvenile Court Law. | C080154 |
| THE PEOPLE,<br><br>            Plaintiff and Respondent,<br><br>     v.<br><br>J.K.,<br><br>            Defendant and Appellant. | (Super. Ct. No. JV135673) |

The juvenile court committed the minor J.K. to the Department of Corrections and Rehabilitation, Division of Juvenile Facilities.[1]  The court also imposed probation conditions.  On appeal, the minor challenges the probation conditions as unauthorized.

_____

[1]  The Division of Juvenile Facilities is part of the Division of Juvenile Justice.

1

The People concede error. Because commitment to the Division of Juvenile Facilities deprived the juvenile court of authority to impose probation conditions, we strike the unauthorized conditions.

## BACKGROUND

The minor admitted to a count of robbery (Pen. Code, § 211) in exchange for dismissing various other charges. The juvenile court imposed a three-year term at the Division of Juvenile Facilities. The court also imposed various probation conditions, including nonassociating orders, a prohibition on possessing dangerous weapons, and an order to participate in an alcohol and drug assessment.

## DISCUSSION

On appeal, the minor challenges the imposition of probation conditions (numbered 10 through 20 in the August 11, 2015 dispositional order) as unauthorized. The People concede error, and we agree.

When a juvenile court commits a minor to the Division of Juvenile Facilities, the juvenile court loses authority to regulate or supervise the minor's rehabilitation. (*In re Travis J.* (2013) 222 Cal.App.4th 187, 202.) This includes the authority to impose probation conditions following a commitment. (*In re Allen N.* (2000) 84 Cal.App.4th 513, 516 [finding imposition of discretionary probation conditions an attempt to regulate or supervise the minor's rehabilitation]; *In re Edward C.* (2014) 223 Cal.App.4th 813, 829.)

Accordingly, here the juvenile court lost authority to impose probation conditions when it committed the minor to the Division of Juvenile Facilities. We must, therefore, strike the unauthorized probation conditions.

## DISPOSITION

Probation conditions 10 through 20, imposed in the dispositional order of August 11, 2015, are stricken. The juvenile court is directed to prepare an amended

2

dispositional order and to forward a certified copy to the Division of Juvenile Facilities. As modified, the order is affirmed.

                                        NICHOLSON         , J.

We concur:

         RAYE            , P. J.

         HULL            , J.